# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sentinel Management Group, Inc.<br>        Plaintiff<br>Frederick J. Grede,<br>            v.<br>        Defendant<br>McGladrey & Pullen, LLP and G. Victor Johnson | Case Number:<br>08-CV-02205 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
McGladrey & Pullen, LLP and G. Victor Johnson

| |
|---|
| NAME (Type or print)<br>Patricia K. Smoots |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ Patricia K. Smoots |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06194076 | TELEPHONE NUMBER<br>312/750-2759 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com