U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-cv-02205 |

Sentinel Management Group, Inc.
Frederick J. Grede, as Chapter 11 Trustee for Sentinel Management Group, Inc.
v.
McGladrey & Pullen LLP and G. Victor Johnson

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frederick J. Grede

| |
|---|
| NAME (Type or print) <br> J. Kevin McCall |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Kevin McCall |
| FIRM <br> Jenner & Block LLP |
| STREET ADDRESS <br> 330 N. Wabash Avenue |
| CITY/STATE/ZIP <br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03125685 | TELEPHONE NUMBER <br> 312-923-2686 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐