IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **District Court No. 08 C 2205** |
| **SENTINEL MANAGEMENT GROUP,** ) | |
| **INC.,** ) | **Honorable James B. Zagel** |
| ) | **U.S. District Judge** |
| **Debtor.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| _____ ) | |
| ) | |
| **FREDERICK J. GREDE, as Chapter 11** ) | |
| **Trustee for Sentinel Management** ) | **Chapter 11** |
| **Group, Inc.,** ) | |
| ) | **Case No. 07 B 14987** |
| **Plaintiff,** ) | |
| ) | **Honorable John H. Squires** |
| v. ) | **U.S. Bankruptcy Judge** |
| ) | |
| **MCGLADREY & PULLEN LLP and** ) | **Adv. No. 08-0167** |
| **G. VICTOR JOHNSON,** ) | |
| ) | |
| **Defendants** ) | |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 8, 2008** at the hour of **10:15 a.m.**, the undersigned shall appear before the Honorable Judge James B. Zagel (or any other judge who may be sitting in his stead) of the United States District Court for the Northern District of Illinois (Eastern Division) in Courtroom 2503, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Defendants McGladrey & Pullen LLP and G. Victor Johnson's Motion to Withdraw the Reference**, a copy of which was previously served on you, at which time you may appear as you see fit.

Dated: April 25, 2008             McGladrey & Pullen, LLP and G. Victor Johnson


                      By:   /s/ Michael M. Schmahl
                             One of Their Attorneys

Richard J. Mason (ARDC# 01787659)
Michael M. Schmahl (ARDC #06275860)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois   60601
(312) 849-8100

    and

*Of Counsel*
Steven M. Farina
Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
725 12th Street NW
Washington, D.C. 20005
Phone:  (202) 434-5526
Facsimile:  (202) 434-5029

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Notice of Motion of the Defendant's McGladrey & Pullen LLP and G. Victor Johnson's Motion to Withdraw the Reference**, to be served upon the persons listed on the attached service list by United States mail on this 25th day of April, 2008.

/s/ Michael M. Schmahl
One of their Attorneys

## SERVICE LIST

Catherine L. Steege, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
FAX:  312/527-0484
E-Mail: csteege@jenner.com

J. Kevin McCall
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
FAX:  312/527-0484
E-Mail:  jmccall@jenner.com

Office of the U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL  60604
FAX:  312/886-5794

Chris C. Gair
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
FAX:  312/527-0484
E-Mail:  cgair@jenner.com

Vincent E. Lazar
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
FAX:  312/840-7389
E-Mail:  vlazar@jenner.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SENTINEL MANAGEMENT GROUP, INC.,<br><br>                        Debtor. | CHAPTER 11<br><br>CASE NO. 07 B 14987<br><br>Hon. John H. Squires |
| FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc.,<br><br>                        Plaintiff,<br><br>v.<br><br>MCGLADREY & PULLEN LLP and G. VICTOR JOHNSON,<br><br>                        Defendants. | DIST. COURT NO. _____<br><br>ADV. NO. 08-00167<br><br>JURY TRIAL DEMANDED |

FILED APR 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2205
JUDGE ZAGEL
MAG. JUDGE SCHENKIER

## DEFENDANTS MCGLADREY & PULLEN LLP AND G. VICTOR JOHNSON'S MOTION TO WITHDRAW THE REFERENCE

McGladrey & Pullen LLP and G. Victor Johnson, defendants in the above-captioned adversary proceeding, hereby move the District Court, pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011(a), for entry of an order withdrawing the reference to the Bankruptcy Court of the adversary proceeding, and, in support thereof, respectfully state as follows:

    1.    Withdrawal of the reference of this accounting malpractice and breach of fiduciary duty action is warranted for several independent reasons. First, Defendants McGladrey & Pullen LLP and G. Victor Johnson are exercising their Seventh Amendment right to a trial by jury and do not consent to a jury trial in the Bankruptcy Court.

2. Second, withdrawal of the reference is mandated because this action will require the Court to undertake "significant open and unresolved issues" regarding non-bankruptcy federal statutes.

3. Even if withdrawal of the reference were not required, it still would be proper. The factors relied upon in assessing permissive withdrawal for cause, including the critical and undisputed fact that the claims lodged against Defendants are "non-core," direct withdrawal of the reference.

4. In further support of this Motion, Defendants have filed a Memorandum in Support of Motion to Withdraw the Reference contemporaneously herewith.

WHEREFORE, Defendants McGladrey & Pullen LLP and G. Victor Johnson respectfully request that the Court enter an Order withdrawing the reference with respect to the above-captioned adversary proceeding and granting such other or further relief as the Court deems just or appropriate.

Dated: April 16, 2008

Respectfully submitted,

MCGUIREWOODS, LLP

By:  /s/ Michael M. Schmahl
Richard J. Mason (ARDC #1787659)
Patricia K. Smoots (ARDC #6194076)
Michael M. Schmahl (ARDC #06275860)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4400
Chicago, Illinois 60601
Tel: 312.849-8100

and

*Of Counsel*
Steven M. Farina
Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5526
Facsimile: (202) 434-5029

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SENTINEL MANAGEMENT GROUP, INC. ) | Case No. 07 B 14987 |
| ) | |
| Debtor ) | Hon. John H. Squires |
| ) | |
| FREDERICK J. GREDE, as Chapter 11 Trustee for ) | |
| Sentinel Management Group, Inc. ) | DIST COURT NO. _____ |
| ) | |
| Plaintiff, ) | Adv. No. 08 A 00167 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| MCGLADREY & PULLEN LLP and ) | |
| G. VICTOR JOHNSON, ) | |
| ) | |
| Defendants. ) | |

FILED
APR 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

PLEASE TAKE NOTICE that on Wednesday, April 16, 2008, the undersigned caused Defendant's McGladrey & Pullen LLP and G. Victor Johnson's Motion to Withdraw the Reference to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, a copy of which is attached hereto and herewith served upon you.

Dated: April 16, 2008

McGladrey & Pullen, LLP and
G. Victor Johnson

By:/s/ Michael M. Schmahl
    One of his Attorneys

Richard J. Mason, P.C. (ARDC #01787659)
John F. Pollick (ARDC # 03128122)
Michael M. Schmahl (ARDC #06275860)
McGuireWoods LLP
77 West Wacker Drive, Suite # 4100
Chicago, Illinois 60601-1815
(312) 849-8100
Attorneys for McGladrey & Pullen, LLP and
G. Victor Johnson

\5300069.1

The Undersigned, an attorney, hereby certifies that he caused a copy of this Notice of Filing and the **Defendant's McGladrey & Pullen LLP and G. Victor Johnson's Motion to Withdraw the Reference** to be served on the parties listed below by depositing the same in the U.S. mail, proper postage prepaid, on this 16th day of April, 2008.

/s/ Michael M. Schmahl

\5300069.1

## SERVICE LIST

Catherine L. Steege, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: csteege@jenner.com

Chris C. Gair
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: cgair@jenner.com

J. Kevin McCall
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: jmccall@jenner.com

Vincent E. Lazar
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/840-7389
E-Mail: vlazar@jenner.com

Office of the U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604
FAX: 312/886-5794

\5300069.1