# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 08 C 2205** |
| **FREDERICK J. GREDE, as Chapter 11** ) | |
| **Trustee for Sentinel Management Group,** ) | **Honorable James B. Zagel** |
| **Inc.,** ) | **U.S. District Judge** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MCGLADREY & PULLEN LLP and** ) | |
| **G. VICTOR JOHNSON,** ) | |
| ) | |
| **Defendants** ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Thursday, June 19, 2008,** the undersigned caused **McGladrey & Pullen LLP and G. Victor Johnson's Reply in Support of Defendants' Motion to Withdraw the Reference** to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is attached hereto and herewith served upon you.

Dated: June 19, 2008                             McGladrey & Pullen, LLP and
                                                 G. Victor Johnson

                                                 By: /s/ Michael M. Schmahl
                                                     One of his Attorneys

| | | |
|---|---|---|
| Richard J. Mason, P.C. | And | Steven M. Farina |
| Patricia K. Smoots | *Of Counsel* | Thomas H. L. Selby |
| Michael M. Schmahl | | WILLIAMS & CONNOLLY LLP |
| MCGUIREWOODS LLP | | 725 Twelfth Street N.W. |
| 77 West Wacker Drive, Suite # 4100 | | Washington, DC 20005 |
| Chicago, Illinois 60601-1815 | | Phone: (202) 434-5526 |
| (312) 849-8100 | | Facsimile: (202) 434-5029 |

\6353793.1

## CERTIFICATE OF SERVICE

The Undersigned, an attorney, hereby certifies that he caused a copy of this **Notice of Filing** and **McGladrey & Pullen LLP and G. Victor Johnson's Reply in Support of Defendants' Motion to Withdraw the Reference** to be served via United States mail, proper postage pre-paid to all persons listed on the attached service list this 19th day of June, 2008.

/s/ Michael M. Schmahl
Michael M. Schmahl

\6353793.1

## SERVICE LIST

Catherine L. Steege, Esq.  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail: csteege@jenner.com

Chris C. Gair  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail: cgair@jenner.com

J. Kevin McCall  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail: jmccall@jenner.com

Vincent E. Lazar  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/840-7389  
E-Mail: vlazar@jenner.com

Office of the U.S. Trustee  
219 South Dearborn Street  
Suite 873  
Chicago, IL 60604  
FAX: 312/886-5794

\6353793.1