IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>FREDERICK J. GREDE, as Chapter 11 )<br>Trustee for Sentinel Management Group, )<br>Inc., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MCGLADREY & PULLEN LLP and )<br>G. VICTOR JOHNSON, )<br>)<br>        Defendants )  | Case No. 08 C 2205<br><br>Honorable James B. Zagel<br>U.S. District Judge |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **Wednesday July 16, 2008,** the undersigned filed **McGladrey & Pullen LLP and G. Victor Johnson's Reply in Support of Defendants' Motion to Dismiss and Strike** with the Clerk of the United States District Court for the Northern District of Illinois (Eastern Division), a copy of which is attached hereto and hereby served upon you.

Dated: July 16, 2008

McGladrey & Pullen, LLP and
G. Victor Johnson

By:/s/  Michael M. Schmahl
       One of his Attorneys

Richard J. Mason, P.C.
Patricia K. Smoots
Michael M. Schmahl
MCGUIREWOODS LLP
77 West Wacker Drive, Suite # 4100
Chicago, Illinois  60601-1815
(312) 849-8100

and

Steven M. Farina
Thomas H. L. Selby
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC  20005
Phone: (202) 434-5526
Facsimile: (202) 434-5029

\6415862.1

## CERTIFICATE OF SERVICE

    The Undersigned, an attorney, hereby certifies that he caused a copy of this **Notice of Filing** and **McGladrey & Pullen LLP and G. Victor Johnson's Reply in Support of Defendants' Motion to Dismiss and Strike** to be served via electronic mail and United States mail, proper postage pre-paid to all persons listed on the attached service list this 16th day of July, 2008.

                                        /s/ Michael M. Schmahl
                                        Michael M. Schmahl

\6415862.1

**SERVICE LIST**

Catherine L. Steege, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: csteege@jenner.com

Chris C. Gair
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: cgair@jenner.com

J. Kevin McCall
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/527-0484
E-Mail: jmccall@jenner.com

Vincent E. Lazar
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
FAX: 312/840-7389
E-Mail: vlazar@jenner.com

Office of the U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604
FAX: 312/886-5794

\6415862.1