# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | Case No. 08 C 2205 |
| v. | |
| **MCGLADREY & PULLEN, LLP** and **G. VICTOR JOHNSON**, | Honorable James B. Zagel |
| Defendants. | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

This Stipulated Dismissal is entered into by and between Frederick J. Grede, not individually but as the Liquidation Trustee of the Sentinel Liquidation Trust, and McGladrey & Pullen, LLP and G. Victor Johnson (collectively, the "Parties"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the above-captioned adversary proceeding with prejudice.

It is the intent of the Parties that the Court's April 13, 2010 finding of a good faith settlement and entry of a contribution bar order remain in full effect. *See* 08-2205 Dkt. Nos. 168, 169 and 09-6036 Dkt. Nos. 28, 29.

*[Remainder of page intentionally blank]*

1874392.1

2

**STIPULATED AND AGREED.**

Date: June 22, 2010

| FREDERICK J. GREDE, Liquidation Trustee of the Sentinel Liquidation Trust | MCGLADREY & PULLEN, LLP and G. VICTOR JOHNSON |
|---|---|
| By: */s/ Jeffrey S. Eberhard*<br>One of His Attorneys | By: */s/ Thomas H. L. Selby*<br>One of Their Attorneys |
| J. Kevin McCall (ARDC # 03125685)<br>Chris C. Gair (ARDC # 6190781)<br>Jeffrey S. Eberhard (ARDC # 6276471)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | Steven M. Farina<br>Thomas H. L. Selby<br>April R. Rieger<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 |
| *Attorneys for Frederick J. Grede* | - and -<br><br>Richard J. Mason (ARDC # 1787659)<br>Patricia K. Smoots (ARDC # 6194076)<br>Michael M. Schmahl (ARDC # 06275860)<br>MCGUIRE WOODS LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601<br><br>*Attorneys for McGladrey & Pullen, LLP and G. Victor Johnson* |